**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | Case No: | 17-08718 |
|    Kenneth Murray ) | | |
| ) | Chapter: | Chapter 13 |
|               Debtor ) | | |
| ) | Judge: | Donald R. Cassling |

## NOTICE OF MOTION

TO**:** See attached list

    PLEASE TAKE NOTICE that on **November 4th, 2021** at **9:30AM**, I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present the **MOTION TO VACATE PAYROLL**, a copy of which is attached

    **This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

    **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

    **Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's website.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**By:**    */s/ Kyle Dallmann*
               Kyle Dallmann
               Geraci Law L.L.C.
               55 E. Monroe Street #3400
               Chicago, Illinois 60603
               312.332.1800
               ndil@geracilaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | Case No: | 17-08718 |
|     Kenneth Murray ) | | |
| ) | Chapter: | Chapter 13 |
|         Debtor ) | | |
| ) | Judge: | Donald R. Cassling |

## CERTIFICATE OF SERVICE

I, Kyle Dallmann, hereby certify that I served a copy of this notice along with the aforementioned document upon the listed parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on October 26, 2021 before 5:30 PM.

## LIST OF PARTIES SERVED

Thomas H. Hooper, 55 E. Monroe St. #3850, Chicago, IL 60603

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Kenneth Antione Murray, 1213 S Harding Ave 1, Chicago, IL 60623

Borg Warner Transmission Systems, attn. Payroll, 700 25th Ave., Bellwood, IL 60104

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | Case No: | 17-08718 |
|   Kenneth Murray ) | | |
|       Debtor ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | Donald R. Cassling |

**MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 03/21/2017**

NOW COMES the Debtor, Mr. Kenneth Murray (the "Debtor"), by and through his attorneys, Geraci Law L.L.C., to present his **MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 03/21/2017**, and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 03/20/2017.

3. The plan was confirmed on 06/22/2017.

4. On 03/21/2017, the payroll control order was entered at the Debtor's consent. See Exhibit A.

5. The Debtor has completed all required plan payments and is awaiting only the Trustee's final audit for the case to close.

WHEREFORE, the Debtor, Mr. Kenneth Murray prays that this Court enter an order vacating the order for payroll control entered on 03/21/2017 and for such further additional relief that this Court may deem just and proper.

                                                    /s/ Kyle Dallmann
                                                      Kyle Dallmann

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960